**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| WILBER ALEMAN APARICIO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:26-cv-1159 |
| | ) | Judge Trauger |
| CHRISTOPHER BULLOCK, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

It is hereby ORDERED that the Respondents shall file a sur-reply to the Petitioner's Reply (Doc. No. 11) as soon as reasonably possible.

IT IS SO ORDERED.

ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE