**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| WILBER ALEMAN APARICIO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, ET AL.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:26-cv-1159<br>Judge Trauger |

**ORDER**

It is hereby ORDERED that the respondents shall file a response to petitioner's Motion to Enforce Judgement (Doc. No. 22) by October 16, 2026 at noon.

IT IS SO ORDERED.

ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE