Motion DENIED as moot.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILBER ALEMAN APARICIO,<br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, et al.<br>Respondent. | **Case No. 3:26-cv-01159** |

**PETITIONER'S MOTION TO ENFORCE JUDGMENT**

Pursuant to this Court's inherent authority, the All Writs Act, 28 U.S.C. § 1651, and Fed. R. Civ. P. 65(d), petitioner Wilber Aleman Aparicio (Aleman) respectfully moves the Court to enter an order enforcing its judgment of September 28, 2026, in which it enjoined Respondent from summarily re-imposing "[t]he restrictions and conditions placed on [him] by the Government following his arrest on August 13, 2026." (Order, R.19, PageID# 110.)

On September 29, Respondent, while removing Aleman's GPS monitor, gave him a new Order of Release on Recognizance that summarily re-imposes many of the very same restrictions and conditions this Court enjoined, including a periodic check-in condition. On September 30, Respondent nonetheless reported to the Court that he had complied with the Court's Order. Despite multiple complaints from undersigned counsel, Respondent continues to insist on re-imposing these restrictions and conditions. It bears emphasis that these continuing restrictions and conditions were *not* in place prior to ICE's illegal arrest of Aleman on August 13, that this Court clearly enjoined them, and that Respondent has sought neither reconsideration nor clarification. Aleman respectfully moves for enforcement of the Court's Order.